IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RUSTIN DARWIN OLSON**                                                                    **PLAINTIFF**

**V.**                           **CASE NO. 4:18-CV-361-BRW-BD**

**ROWDY SWEET, et al.**                                                                 **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.     Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Billy Roy Wilson. Any party may file written objections to this Recommendation. To be considered, objections must be received in the office of the Court Clerk within 14 days of this Recommendation.

If no objections are filed, Judge Wilson can adopt this Recommendation without independently reviewing the record. By not objecting, parties may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Rustin Darwin Olson filed this lawsuit without the help of a lawyer and is proceeding *in forma pauperis*. (Docket entries #1, #2, #3) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On August 16, 2018, Mr. Olson was given thirty days to notify the Court of his new address, after his mail was returned to Court as undeliverable. (#13) The Court specifically cautioned Mr. Olson that his claims could be dismissed if he failed to comply

with the Order. (#13) To date, Mr. Olson has failed to notify the Court of his current address, as required, and the time for doing so has passed.

### III.   Conclusion:

The Court recommends that Mr. Olson's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's August 16, 2018 Order.

DATED this 17th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE