**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RUSTIN DARWIN OLSON**                                                    **PLAINTIFF**

**V.**                              **CASE NO. 4:18-cv-361-BRW-BD**

**ROWDY SWEET, et al.**                                                    **DEFENDANTS**

## <u>ORDER</u>

I have received a Recommended Disposition ("Recommendation") from Magistrate

Judge Beth Deere. The parties have not filed objections. After careful review of the

Recommendation, I approve and adopt the Recommendation in all respects.

Mr. Olson's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 3rd day of October, 2018.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE