# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**RUSTIN DARWIN OLSON**                                                    **PLAINTIFF**

**V.**                    **CASE NO. 4:18-cv-361-BRW-BD**

**ROWDY SWEET, et al.**                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 3rd day of October, 2018.


                                          /s/ Billy Roy Wilson_____
                                          UNITED STATES DISTRICT JUDGE